# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :              Chapter  7

Katherine M Sweeney
                                               :

            Debtor                             :              Bankruptcy No.19-10918ELF

ORDER

AND NOW, this 5th day of  March, 2019, it is

            ORDERED that since the debtor(s) have failed to timely file the documents
required by the order dated 2/14/2019 and this case is hereby DISMISSED.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Missing Documents:

            Schedules  C thru J
            Statement of Financial Affairs
            Summary of Assets & Liabilities B106
            Means Test Calculation 122A-2
            Chapter 7 Income Form 122A-1

cc:    Katherine M Sweeney
        413 Timber Lane
        Newtown Square, PA 19073